UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHISETTS
(Central Division)

| | |
|---|---|
| VOICE DOMAIN TECHNOLOGIES, LLC,<br><br>                   Plaintiff,<br><br>                   v.<br><br>SONY CORPORATION OF AMERICA,<br><br>                   Defendant. | Civil Case No. 4:10-cv-40024<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S COMPLAINT**

Voice Domain Technologies, LLC ("Voice Domain") for its complaint against Sony Corporation of America ("Sony") alleges as follows:

**JURISDICTION AND VENUE**

1.    This action arises under the patent laws of the United States and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

2.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

**PARTIES**

3.    Plaintiff Voice Domain Technologies, LLC is a Connecticut limited liability company with its principal place of business at 176 East Main Street, Suite 6, Westborough, Massachusetts 01581. Voice Domain is the assignee and owner of United States Patent No. 5,548,566 ("the '566 patent").

4.    Upon information and belief, defendant Sony is a corporation incorporated in the State of New York, headquartered at 550 Madison Avenue, New York, New York 10022, and is

registered to do business in the Commonwealth of Massachusetts. Sony sells products in the Commonwealth and derives substantial revenue from the Commonwealth of Massachusetts.

### FIRST CLAIM FOR RELIEF

5. The allegations of paragraphs 1 through 4 are incorporated herein as if fully set forth.

6. The '566 patent was duly issued by the United States Patent Office on August 20, 1996 to Bruce J. Barker and was assigned to Voice Domain.

7. Defendant Sony has, and continues to, willfully infringe the '566 patent pursuant to 35 U.S.C. §§ 271(a), (b) and (c) by the manufacture, importation, sale or offer to sell various models of its voice recorder and dictation products.

8. Plaintiff has been and will continue to be irreparably damaged by the infringing acts of the defendants.

WHEREFORE, plaintiff prays that the Court enter Judgment granting the following relief:

    A. Adjudge that Sony has infringed the '566 patent;

    B. Awarding monetary damages against Sony together with interest as permitted by law;

    C. Awarding enhanced damages and attorneys' fees against Sony for willful infringement; and

    D. Enjoining Sony and its employees and agents from further infringement of the '566 patent.

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a trial by Jury for all issues so triable.

Dated:  January 26, 2010

                                  Bruce J Barker
                                  VOICE DOMAIN TECHNOLOGIES LLC
                                  176 East Main Street, Suite 6
                                  Westborough, MA.  01581
                                  (508) 366-3800

                                  By  _/s Bruce J. Barker_____
                                  Bruce J Barker
                                  BBO No. 551102